

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00648-CV

Rudolph **RESENDEZ**,
Appellant

v.

**OFFICE OF THE ATTORNEY GENERAL**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

## O R D E R

Extension of time to file the Clerk's Record is this date NOTED. Time is extended to November 15, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
Clerk of Court

Denise Rodriguez
District Clerk - Karnes County
210 West Calvert, Suite 180
Karnes City, TX 78118